Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (if known): **25-55273**    Chapter **11**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 MAY -9 PM 2: 55

VANIA S. ALLEN
☐ Check if this is an
amended filing
BY: _____ DEPUTY CLERK

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Upper Room Church

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   08 - 1953156

4. **Debtor's address**

   **Principal place of business**

   274 Highway 138 SW
   Number   Street

   Riverdale   GA   30274
   City   State   ZIP Code

   Clayton
   County

   **Mailing address, if different from principal place of business**

   P.O. Box 399
   Number   Street
   P.O. Box

   Jonesboro   GA   30237
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City   State   ZIP Code

5. **Debtor's website (URL)**

Debtor    **Upper Room Church**
Name

Case number (if known) _____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

---

Debtor  Upper Room Church
Name

Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☒ Yes.  Debtor  Project Real Lifer Youth Occupational Training CORP, LLC
District  Northern
Case number, if known  25-55272

Relationship  same CEO
When  05 / 09 / 2025
MM / DD / YYYY

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor  **Upper Room Church**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets**  $0 assets | ☑ $0-$50,000 <br> ☑ $50,001-$100,000 <br> ☑ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☑ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/09/2025**
MM / DD / YYYY

X _~~Franklin D. Battle~~_     Franklin D. Battle Sr.
Signature of authorized representative of debtor      Printed name

                              678-760-6880

Title  **C E O**

**18. Signature of attorney**

X _____     Date _____
Signature of attorney for debtor        MM / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____  State ____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

**Fill in this information to identify the case:**

Debtor name: ~~Upper Room Church~~ Upper Rewm Church

United States Bankruptcy Court for the: Northern District _____ District of Ga. (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** — $ 0

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

**4. Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $_____

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. deposit for lease with Gacillion properties, LLC & Singh Is King, LLC | $ | $20.00 |
| 7.2. deposit to earnst money with Gacillion properties, LLC & Singh is King, LLC for sales purchase agrement | $ | $20.00 |

Debtor  ~~Name~~ _Upper Room Church_            Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $_____
                          face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
                        face amount         doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  _Upper Room Church_        Case number _(if known)_ _____
Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / ___  MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / ___  MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ___  MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ___  MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | | $_____ |

Debtor _____ Upper Room Church    Case number (if known)_____
         Name

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                    $_____

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 7:   Office furniture, fixtures   , and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                    $_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    Upper Room Church

Name _____    Case number *(if known)* _____

| **Part 8:** | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ _____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

*Upper Room Church*

Debtor _____    Case number *(if known)* _____
             Name

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Upper Room Church

Debtor _____

Name

Case number (if known) _____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

❑ No
❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No
❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No
❑ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
❑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    –    _____    = ➔    $_____
_____    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No
❑ Yes

---

Upper Room Church

Debtor _____   Case number (if known) _____
        Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ...........................➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column.............91a. | $_____ | + 91b. $_____ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ..........................................  $ 0.00

Fill in this information to identify the case:

Debtor name ~~_____~~ Upper Room Church

United States Bankruptcy Court for the: Northern _____ District of _Ga._
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
Gazillion Properties, LLC ;
Sinan Is King, LLC
Creditor's mailing address
660 Belgrave Ln.
Tucker, GA 300384

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account
number ___ ___ ___ ___
Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
$20,000 deposit for lease to
purchase agreement

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 20,000    $ 20,000

**2.2** Creditor's name
Gazillion properties, LLC ;
Sinin Is King , LLC
Creditor's mailing address
660 Belgrave Ln
Tucker, GA 300384

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account
number ___ ___ ___ ___
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
$20,000 in earnest money for
sales purchase agreement

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 20,000    $ 20,000

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                $ _____

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of ___

Upper Room Church

Debtor

Name

Case number (if known) _____

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**Part 1:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2._   **Creditor's name**

N/A
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____   $_____   $_____
_____
_____

**Describe the lien**

_____
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2._   **Creditor's name**

N/A
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____   $_____   $_____
_____
_____

**Describe the lien**

_____
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Upper Room Church

Debtor _____    Case number (if known)_____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| N/A | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    ~~Jesus Christ Ministries, Inc.~~ *Upper Ram Church*

United States Bankruptcy Court for the:    Northern    District of    Ga.
                                                                    (State)

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors    Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $ _____ |
| _____ | | | |
| _____ | | | |
| Date or dates debt was incurred | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number __ __ __ __ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $ _____ |
| _____ | | | |
| _____ | | | |
| Date or dates debt was incurred | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number __ __ __ __ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $ _____ |
| _____ | | | |
| _____ | | | |
| Date or dates debt was incurred | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number __ __ __ __ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor _____   Case number (*if known*)_____
       Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

N/A

_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred
_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

Upper Room Church

| Debtor | | Case number (if known)_____ |
| Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1 Nonpriority creditor's name and mailing address

N/A

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.2 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.3 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.4 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.5 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

### 3.6 Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Upper Rivm Church

Debtor _____                                    Case number *(if known)*_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

N/A

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ____

Upper Room Church

| Debtor | | Case number (if known) |
|---|---|---|
| Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. N/A | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  _Upper Room Church_ _____  Case number (if known) _____
              Name

| Part 3: | Additional Page for Others to Be No | tified About Unsecured Claims |
|---|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____   Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a. **Total claims from Part 1**                                5a.    $_____

5b. **Total claims from Part 2**                                5b.  **+**   $_____

5c. **Total of Parts 1 and 2**                                 5c.    $_____
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name _____ *Upper Room Church*

United States Bankruptcy Court for the: **Northern** _____ District of **Ga.**
(State)

Case number (If known): _____ Chapter ____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Cont    racts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | _____ | _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

Upper Room Church

Debtor _____

Name

Case number (*if known*)_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

| Fill in this information to identify the case: |
| --- |
| Debtor name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Upper Room Church* |
| United States Bankruptcy Court for the: *Northern*          District of *Ga.* (State) |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ <br> Street _____ <br> _____ <br> City    State    ZIP Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Upper Room Church

Debtor
Name

Case number *(if known)* _____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |

2.___

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

Name _____

☐ D
☐ E/F
☐ G

2.___

_____

Street _____

_____

City _____ State _____ ZIP Code _____

_____

☐ D
☐ E/F
☐ G

2.___

_____

Street _____

_____

City _____ State _____ ZIP Code _____

_____

☐ D
☐ E/F
☐ G

2.___

_____

Street _____

_____

City _____ State _____ ZIP Code _____

_____

☐ D
☐ E/F
☐ G

2.___

_____

Street _____

_____

City _____ State _____ ZIP Code _____

_____

☐ D
☐ E/F
☐ G

2.___

_____

Street _____

_____

City _____ State _____ ZIP Code _____

_____

☐ D
☐ E/F
☐ G

2.___

_____

Street _____

_____

City _____ State _____ ZIP Code _____

_____

☐ D
☐ E/F
☐ G

2.___

_____

Street _____

_____

City _____ State _____ ZIP Code _____

_____

☐ D
☐ E/F
☐ G

---

**Fill in this information to identify the case and this filing:**

Debtor Name ~~████████████████~~ Upper Room Church

United States Bankruptcy Court for the: _____ District of _____
                                                                        (State)

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑  *Schedule H: Codebtors* (Official Form 206H)

❑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑  Amended *Schedule _____*

❑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __5/9/2025__          x _____
                MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                    Franklin D. Battle Sr. _____
                                    Printed name

                                    Chief Executive Officer _____
                                    Position or relationship to debtor

---

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Gazillion Properties, LLC<br>660 Belgrave Ln.<br>Tucker, GA 30084 | |
| Singh is King, LLC<br>600 Belgrave Ln.<br>Tucker, GA 300384 | |
| | |
| | |
| | |
| | |
| | |

| Case Number: 25-55273 | Name: Upper Room Church | Chapter: 11 | Division: Atlanta |

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

---

☒ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: **www.ganb.uscourts.gov/frequently-used-forms**

### MISSING DOCUMENTS DUE WITHIN 7 DAYS
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized,**
**or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

### MISSING DOCUMENTS DUE WITHIN 14 DAYS
☒ Statement of Financial Affairs
☐ Schedules: A/B, C, D, E/F, G, H, I, J
☒ Summary of Assets and Liabilities
☐ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures (*local form*)
☒ Corporate Resolution (*Non-Individual Ch. 7 & 11*)

### MISSING DOCUMENTS DUE WITHIN 30 DAYS
☐ Statement of Intent – Ch.7 (*Individuals only*)

### Chapter 11
☐ 20 Largest Unsecured Creditors
☒ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

---

**Case filed via:**

☒ Intake Counter by:
  ☐ Attorney
  ☐ Debtor
  ☒ Other: Franklin Damon Battle Sr 678-760-6886

☐ Mailed by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:

**History of Case Association**
Prior cases within 5 years: N/A

Signature: _~~~~~~~~~~~~~~_
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: *HD*    ID Verified ☒ Date:5/9/25

---

### FILING FEE INFORMATION
**Online Payment for Filing Fee:** www.ganb.uscourts.gov/online-payments
  ☐ Paid $_____
  ☒ **Filing Fee due $ 1738.00 due**

You may mail documents and filing fee payments (no personal checks or cash accepted) to the address below.
All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000